ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

JS - 6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DOMINIC LE'BLUE, | Case No.  CV 13-03868 CAS (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| JAMES WALKER, et al., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

Dated: June 6, 2013

_Christine A. Snyde_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE